# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIDEL AYALA,<br><br>Defendant. | Case No.: 23CR425-AGS<br><br>**JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Maridel Ayala in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 25, 2023

HON. ANDREW G. SCHOPLER
UNITED STATES DISTRICT COURT JUDGE